UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA
Western Division

U.S.A. vs. Brandon Billups                                              Docket No. 5:08-CR-76-1BO

**Petition for Action on Supervised Release**

COMES NOW Jeffrey L. Keller, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of, Brandon Billups, who, upon an earlier plea of guilty to Possession of a Firearm by a Felon, in violation of 18 U.S.C. § 922(g)(1), was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge on September 10, 2008, to the custody of the Bureau of Prisons for a term of 100 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Brandon Billups was released from custody on October 8, 2014, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Mr. Billups has recently experienced significant mental health difficulties and he has requested to be referred to a counselor. We believe that such a referral is appropriate and recommend that a condition of supervision be added by the court to allow for this action to take place. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

I declare under penalty of perjury that the foregoing is true and correct.
/s/ Jeffrey L. Keller
Jeffrey L. Keller
Supervising U.S. Probation Officer
310 New Bern Avenue
Raleigh, NC 27601
Phone: 919-861-8696
Executed On: June 9, 2015

**ORDER OF THE COURT**

Considered and ordered this ___9___ day of __June_____, 2015 and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
U.S. District Judge