UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Brandon Billups**  Docket No. 5:08-CR-76-1BO

### Petition for Action on Supervised Release

COMES NOW Maurice J. Foy, Senior U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of, Brandon Billups, who, upon an earlier plea of guilty to Possession of a Firearm by a Felon, 18 U.S.C. §§ 922(g)(1) and 924, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge on September 10, 2008, to the custody of the Bureau of Prisons for a term of 100 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Brandon Billups was released from custody on October 8, 2014, at which time the term of supervised release commenced.

On June 9, 2015, as a result of the defendant's mental health struggles, the probation office petitioned the court to add the mental health special condition. The court concurred.

On June 27 2015, the court was notified that the defendant was charged on May 18, 2015, in Wake County, North Carolina, with misdemeanor Indecent Exposure. This charge remains pending. The probation office recommended that this case be permitted to resolve itself in state court and the defendant allowed to continue participating in mental health treatment. The court concurred.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On October 28, 2015, in Wake County, North Carolina, the defendant was charged with misdemeanor Disorderly Conduct; Resist Delay or Obstruct; and Second Degree Trespass. The defendant reported going to Wake Med Hospital for bronchitis. He reported that he was trying to get medical assistance and became loud at one point and was approached by the Wake Med Campus Police. He reported getting into a heated conversation and was asked to leave. While being escorted out of the building, he continued to argue, and was arrested. It was reported that the defendant was initially compliant when informed he was about to be arrested; however, he began to run and was eventually caught. To address his continued non-compliance, the probation office is recommending that he participate in a cognitive behavioral program and continued mental health treatment. The defendant has not been consistent with his mental health treatment and the court will be notified immediately if he continues to miss sessions or gets unsuccessfully discharged. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a cognitive behavioral program as directed by the probation office.

Brandon Billups
Docket No. 5:08-CR-76-1BO
Petition For Action
Page 2


Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

/s/Jeffrey L. Keller
Jeffrey L. Keller
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/Maurice J. Foy
Maurice J. Foy
Sr. U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8678
Executed On: November 13, 2015

### ORDER OF THE COURT

Considered and ordered this ___13___ day of __November__, 2015 and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
U.S. District Judge